FILED: September 26, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-4522 (L)
(1:11-cr-00127-TDS-2)
_____

UNITED STATES OF AMERICA,

    Plaintiff – Appellee,

  v.

ALTON BENN,

    Defendant – Appellant.

_____

O R D E R

_____

Upon consideration of the motions for withdrawal of counsel, the court denies the motions without prejudice to the refiling of such a motion after a decision has issued in the case and after compliance by counsel with the obligations imposed by Local Rule 46(d), if applicable.

Nothing in this order prevents appellant from filing a pro se petition for

rehearing in this court or a pro se petition for writ of certiorari in the Supreme Court.

                              For the Court--By Direction

                              <u>/s/ Patricia S. Connor, Clerk</u>